Timothy A. Gravitt, Esq. (CSB# 115695)
Lori M. Cullman, Esq. (CSB# 112406)
ULICH, GANION, BALMUTH, FISHER & FELD LLP
4041 MacArthur Boulevard, Suite 300
Newport Beach, CA 92660
(949) 250-9797; Fax: (949) 250-9777
tgravitt@ulichlaw.com; lcullman@ulichlaw.com

JS-6

Attorneys for Plaintiff/Counter-Defendant TAYLOR MORRISON OF CALIFORNIA, LLC as successor-in-interest to MORRISON HOMES, INC. and Third-Party Defendant TAYLOR MORRISON SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TAYLOR MORRISON OF CALIFORNIA, LLC as successor-in-interest to MORRISON HOMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and, DOES 1 through 200, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED COUNTER-CLAIMS. | CASE NO.  8:15-cv-01711-JVS-JCG <br><br> **ORDER DISMISSING SECOND AMENDED COMPLAINT WITHOUT PREJUDICE** <br><br> **JURY TRIAL DEMANDED** <br><br> [Filed Concurrently With Ex Parte Application And Declaration Of Timothy A. Gravitt In Support Thereof] |

This Court having considered Plaintiff TAYLOR MORRISON OF CALIFORNIA, LLC's ("Plaintiff") Ex Parte Application for an Order Dismissing the Second Amended Complaint Without Prejudice, and having considered any opposition thereto, hereby rules as follows:

///

///

1
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO DISMISS COMPLAINT**

1     Plaintiff's Second Amended Complaint entirety is hereby dismissed without
2 prejudice.

3 **IT IS SO ORDERED.**

5 DATED: April 14, 2016     _____
                                     Honorable James V. Selna

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO DISMISS COMPLAINT**