UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 15-1711 JVS (JCGx)                           Date   December 15, 2016

Title   Taylor Morrison of Cal., LLC v. First Specialty Ins. Cor

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) **Order VACATING Defendant/Counterclaimant's Motion for Summary Judgment**

Defendant/Counterclaimant/Third-Party Plaintiff First Specialty Insurance Corporation ("First Specialty") moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure against Plaintiff and Counter-Defendant Taylor Morrison Services Inc., f/k/a Morrison Homes Inc., ("Morrison").  (Mot., Docket No. 112.)  Morrison opposed.  (Opp'n, Docket No. 113.)  First Specialty replied.  (Reply, Docket No. 114.)

The Court has reviewed First Specialty's notice of the motion, and the Court orders the motion off calendar for failure to comply with Local Rule 7-3.

Local Rule 7-3 requires that the parties "meet and confer" in advance of filing a motion "to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution."  The conference must occur at least seven (7) days prior to the filing of the motion.[1]  Id.  In the notice of the motion, the moving party must include a statement to the effect: "This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on [date]."

Here, First Specialty made no indication in its notice of motion that the parties met

---

[1] Local Rule 7-3 was amended on June 1, 2013.  The only motions not covered by the rule are those listed as exempt in Local Rule 16-12, discovery motions, and applications for temporary restraining orders or preliminary injunctions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-1711 JVS (JCGx) | Date | December 15, 2016 |
| Title | Taylor Morrison of Cal., LLC v. First Specialty Ins. Cor | | |

and conferred.  Accordingly, the motion is ordered vacated and off calendar for failure to comply with Local Rule 7-3.  The December 19, 2016, hearing is vacated.  Fed. R. Civ. P. 78; L.R. 7-15.  The motion may be re-noticed provided the renewed motion complies with the Federal Rules of Civil Procedure and this Court's Local Rules, including L.R. 7-3.

**IT IS SO ORDERED.**

Initials of Preparer        kjt